**Fill in this information to identify your case:**

Debtor 1: Faris Abusharif
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders      12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

Creditor's Name: Department of the Treasury Internal Reve
Number Street: Centralized Insolvency Operation
PO Box 7346
City: Philadelphia  State: PA  ZIP Code: 19101-7346
Contact: _____
Contact phone: _____

What is the nature of the claim? Taxes & Other Government Units

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ Yes. Total claim (secured and unsecured):   $1,929,848.94
         Value of security:    − $1,600,000.00
         Unsecured claim:        $329,848.94

$ 1,929,848.94

**2**

Creditor's Name: Donald Roland
Number Street: c/o Jeffrey E. Schiller, Esq.
111 E Wacker Dr. #3000
City: Chicago  State: IL  ZIP Code: 60601
Contact: _____
Contact phone: _____

What is the nature of the claim? LLC member dispute

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:    − $_____
         Unsecured claim:        $_____

$ 400,000.00

Debtor 1    Faris Abusharif        Case number (*if known*) _____

       First Name    Middle Name    Last Name

**Unsecured claim**

---

**3**    **Old Second National Bank**
Creditor's Name
c/o Larry M Amoni, Esq.
Number   Street
1975 W Downer Pl. #301
Aurora      IL    60506
City          State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $ 225,701.85

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:      − $ _____
       Unsecured claim        $ _____

---

**4**    **Old Plank Trail Community Bank, N.A.**
Creditor's Name
c/o Chuhak & Tecson, P.C.
Number   Street
30 S Wacker Dr., Suite 2600
Chicago      IL    60606
City          State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $ 218,456.39

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:      − $ _____
       Unsecured claim        $ _____

---

**5**    **Illinois Department of Revenue**
Creditor's Name
Bankruptcy Unit
Number   Street
PO Box 19035
Chicago      IL    62794-9035
City          State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Taxes & Other Government Units    $ 110,208.18

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:      − $ _____
       Unsecured claim        $ _____

---

**6**    **Pawnee Leasing Corporation**
Creditor's Name
c/o ILLINOIS CORPORATION SERVICE
Number   Street
801 ADLAI STEVENSON DRIVE
Springfield      IL    62703
City          State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** All Personal Property    $ 89,988.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:      − $ _____
       Unsecured claim        $ _____

---

**7**    **PNC Bank, National Association**
Creditor's Name
c/o Martin Wasserman
Number   Street
216 S. Dearborn St. #504
Chicago      IL    60661
City          State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $ 87,169.06

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured):   $ 87,169.06
       Value of security:      − $ _____
       Unsecured claim        $ 87,169.06

---

Debtor 1  Faris  Abusharif
_First Name   Middle Name   Last Name_

Case number *(if known)* _____

**Unsecured claim**

---

**8**

Creditor's Name: JPMCB Card
Number Street: PO Box 15369
City/State/ZIP: Wilmington, DE 19850
Contact phone: 800-945-2000

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 29,401.00

---

**9**

Creditor's Name: Suntrust Bank
Number Street: PO Box 85526
City/State/ZIP: Richmond, VA 23285
Contact phone: 877-596-5407

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 27,215.00

---

**10**

Creditor's Name: Suntrust Bank
Number Street: PO Box 85526
City/State/ZIP: Richmond, VA 23285
Contact phone: 877-596-5407

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 22,934.00

---

**11**

Creditor's Name: Bank of America
Number Street: PO Box 982238
City/State/ZIP: El Paso, TX 79998-2235
Contact phone: 800-421-2110

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 19,397.14

---

**12**

Creditor's Name: Illinois Department of Revenue
Number Street: Bankruptcy Unit
PO Box 19035
City/State/ZIP: Chicago, IL 62794-9035
Contact phone: _____

What is the nature of the claim? Taxes & Other Government Units

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 18,921.61

---

Debtor 1   Faris Abusharif
           First Name   Middle Name   Last Name

Case number (*if known*) _____

**Unsecured claim**

### 13. Citi Cards/Citibank, N.A.
Creditor's Name
c/o Midland Credit Mgmt.
Number   Street
320 E Big Beaver Rd., Ste. 300
Troy           MI   48083
City           State   ZIP Code

Contact
800-843-0777
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   − $_____
       Unsecured claim       $_____

$ 15,298.00

### 14. AES/Deutsche
Creditor's Name
PO Box 61047
Number   Street

Harrisburg     PA   17106
City           State   ZIP Code

Contact
800-233-0557
Contact phone

What is the nature of the claim? Student Loans

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   − $_____
       Unsecured claim       $_____

$ 11,697.00

### 15. Discover Financial Services
Creditor's Name
PO Box 15316
Number   Street

Wilmington     DE   19850
City           State   ZIP Code

Contact
800-347-2683
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   − $_____
       Unsecured claim       $_____

$ 1,340.00

### 16. SYNBC/PPMC
Creditor's Name
PO Box 965005
Number   Street

Orlando        FL   32896
City           State   ZIP Code

Contact
866-300-6432
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   − $_____
       Unsecured claim       $_____

$ 377.00

### 17. Verizon Wireless
Creditor's Name
PO Box 650051
Number   Street

Dallas         TX   75265
City           State   ZIP Code

Contact
800-852-1922
Contact phone

What is the nature of the claim? Cable / Satellite Services

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:   − $_____
       Unsecured claim       $_____

$ 300.00

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 4

31

Debtor 1 ___Faris___ _____ ___Abusharif_____   Case number (*if known*)_____
        First Name   Middle Name   Last Name

|  | Unsecured claim |
|---|---|

**18**

Capital One Bank USA NA
*Creditor's Name*

PO Box 31293
*Number   Street*

Salt Lake City    UT  84131
*City    State  ZIP Code*

*Contact*

800-955-7070
*Contact phone*

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
     Value of security:    − $_____
     Unsecured claim       $_____

$ 270.00

---

**19**

William Bourke
*Creditor's Name*

c/o Clifford Law Offices PC
*Number   Street*

120 N. LaSalle, Ste. 3100

Chicago    IL  60602
*City    State  ZIP Code*

*Contact*

*Contact phone*

**What is the nature of the claim?** Loss of Consortium (Lisa Bourke)

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
     Value of security:    − $_____
     Unsecured claim       $_____

$ Unknown

---

**20**

Lisa Bourke
*Creditor's Name*

c/o Clifford Law Offices PC
*Number   Street*

120 N. LaSalle, Ste. 3100

Chicago    IL  60602
*City    State  ZIP Code*

*Contact*

*Contact phone*

**What is the nature of the claim?** Medical Malpractice Claim

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
     Value of security:    − $_____
     Unsecured claim       $_____

$ Unknown

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 5

32

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✖ /s/ Faris Abusharif  ✖ _____
Signature of Debtor 1    Signature of Debtor 2

Date 02/13/2022    Date 02/13/2022
　　MM / DD / YYYY　　　　　　　　MM / DD / YYYY

Debtor 1  Faris  Abusharif
         First Name   Middle Name   Last Name

Case number (if known) _____

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ /s/ Faris  Abusharif  [signature]         ✗ _____
Signature of Debtor 1                        Signature of Debtor 2

Date  02/13/2022                             Date  02/13/2022
      MM / DD / YYYY                               MM / DD / YYYY